Order entered November 5, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00465-CV

PEGASUS TRANSPORATION GROUP INC., Appellant

V.

CSX TRANSPORTATION INC., Appellee

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-02008

## ORDER

The Court has before it Eric C. Palombo's October 23, 2012 motion for admission pro hac vice. The Court **DENIES** the motion without prejudice to the filing of a motion complying with the provisions of Rule XIX(b) of the Rules Governing Admission to the Bar.

MOLLY FRANCIS
JUSTICE